UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED
SEP 10 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| TAI CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>APTA GROUP INC.,<br><br>　　　　　　　Defendant. | CASE NO. 06CV1161-L(CAB)<br><br>JUDGMENT AND DISMISSAL BY COURT UNDER Local Cv Rule 41.1 FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Cv Rule 41.1, and it appearing to the court that this action has been pending in this court for more than six months without any proceeding having been taken therein during such period, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice, for want of prosecution.

DATED: SEPTEMBER 4, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　M. JAMES LORENZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE


　　　　　　　　　　　　　　　　　　ENTERED ON _____